UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-25416 |
| | ) | |
| ISCO INTERNATIONAL, INC., | ) | Honorable John H. Squires |
| | ) | |
| Debtor. | ) | Chapter 11 |

## NOTICE OF MOTION

To:    M. Gretchen Silver, Office of the United States Trustee, 219 S. Dearborn St., Suite 873,
         Chicago, IL   60604
       Scott D. H. Redman, Crowley, Barrett & Karaba, Ltd., Two First National Plaza, 20 S.
         Clark St., Suite 2310, Chicago, IL   60603
       Jolene M. Wise, Securities and Exchange Commission, 175 W. Jackson Blvd., Suite 900
         Chicago, IL 60604
       Jim Elsman, D&K Elk Grove Industrial II, LLC, Draper & Kramer, Inc., 921 Busse Road,
         Elk Grove Village, IL 60007

        **PLEASE TAKE NOTICE** that on the 2nd day of March, 2010, at 9:30 a.m., or as soon
thereafter as counsel may be heard, I shall appear before the Honorable John H. Squires in
Courtroom 680 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before
any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then
and there move the Court for the entry of an order in accordance with the attached motion at
which time you may appear if you so desire.

                          /s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

        The undersigned being first duly sworn on oath deposes and says that she served the
above and foregoing notice and attached motion on the above parties, by placing true copies
thereof, in an envelope addressed as aforesaid, and depositing the same in the U.S. Mail on the
22nd day of February, 2010, before the hour of 5:00 p.m. from 53 W. Jackson Blvd., Chicago,
Illinois  60604.

                          /s/ Karen Miller

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois   60604; (312) 332-0267

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-25416 |
| | ) | |
| ISCO INTERNATIONAL, INC. | ) | Honorable John H. Squires |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | Chapter 11 |

## MOTION TO EXTEND TIME TO FILE FINAL FEE APPLICATION

Now Comes the Debtor and Debtor-in-Possession, ISCO International Inc. (Debtor) and

its counsel, Joel A. Schechter of the Law Offices of Joel A. Schechter (JAS), and move the Court

for the entry of an order extending the time within which JAS has to file a final fee application,

and in support thereof state as follows:

1.      That on July 14, 2009, the Debtor filed a voluntary petition pursuant to Chapter 11

of Title 11, United States Code.

2.      That on December 1, 2009, the Debtor filed its first amended disclosure statement

and its first amended Chapter 11 plan.

3.      That on December 22, 2009, this Honorable Court entered an order confirming the

Debtor's first amended Chapter 11 plan of reorganization.

4.      That the confirmation order provided for retention of the Court's jurisdiction to

consider various matters post-confirmation including, but not limited to, applications for

compensation and reimbursement of expenses.

5.      That the Debtor's first amended Chapter 11 plan provided for fee applications to

be filed within sixty (60) days of the effective date of the confirmation of the plan, which date is

February 22, 2010 (February 20 being a Saturday).

6.      That the Debtor and JAS request an extension of time to file a final fee application and hereby request that the Court enter an order extending the time to file the final fee application on or before March 5, 2010.

7.      That the Debtor and JAS believe that no party in interest will be prejudiced by this extension request.

WHEREFORE, the Debtor, ISCO International, Inc. and JAS of the Law Offices of Joel A. Schechter, pray the Honorable Court enter an order extending the time within which JAS has to file a final fee application to and including March 5, 2010 and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

ISCO International Inc., Debtor
and Debtor-in-Possession


By:   __Joel A. Schechter__
        Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL  60604; (312) 332-0267