UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-25416 |
| | ) | |
| ISCO INTERNATIONAL, INC. | ) | Honorable John H. Squires |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | Chapter 11 |

### ORDER EXTENDING TIME FOR FILING FINAL FEE APPLICATION

At Chicago, Illinois, this 11th day of March, 2010, before the Honorable John H. Squires, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the motion of the Debtor and Debtor-in-Possession, ISCO International, Inc. and Joel A. Schechter of the Law Offices of Joel A. Schechter, for the entry of an order extending the time within which Joel A. Schechter has to file a final fee application; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE it is hereby ordered that the time within which Joel A. Schechter of the Law Offices of Joel A. Schechter has to file a final fee application be, and hereby is, extended to and including March 11, 2010.

ENTER: /s/ John H. Squires
_____
Bankruptcy Judge

MAR 11 2010

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL 60604; (312) 332-0267