UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-25416 |
| | ) | |
| ISCO INTERNATIONAL, INC., | ) | Honorable John H. Squires |
| | ) | |
| Debtor. | ) | Chapter 11 |

## NOTICE OF MOTION

To:  M. Gretchen Silver, Office of the United States Trustee, 219 S. Dearborn St., Suite 873, Chicago, IL  60604 **(VIA FACSIMILE NO. (312) 886-5794)**
Scott D. H. Redman, Crowley, Barrett & Karaba, Ltd., Two First National Plaza, 20 S. Clark St., Suite 2310, Chicago, IL  60603 **(VIA FACSIMILE NO. (312) 726-2741)**
Jolene M. Wise, Securities and Exchange Commission, 175 W. Jackson Blvd., Suite 900 Chicago, IL 60604 **(VIA FACSIMILE NO. (312) 353-7398)**

**PLEASE TAKE NOTICE** that on the 30th day of March, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John H. Squires in Courtroom 680 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that she served the above and foregoing notice and attached motion on the above parties via fax transmission on the 25th day of March, 2010, before the hour of 4:30 p.m. from 53 W. Jackson Blvd., Chicago, Illinois  60604.

/s/ Karen Miller

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois  60604; (312) 332-0267

**BROADCAST REPORT**

```
TIME  : 03/25/2010 15:31
NAME  : JOEL A. SCHECHTER
FAX   : 3129394714
TEL   : 3123320267
SER.# : BROL2J847857
```

| PAGE(S) | 04 |
|---|---|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 03/25 | 15:26 | 13128865794 | 46 | 04 | OK | ECM |
| 03/25 | 15:28 | 13127262741 | 01:53 | 04 | OK | ECM |
| 03/25 | 15:30 | 13123537398 | 55 | 04 | OK | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-25416 |
| | ) | |
| ISCO INTERNATIONAL, INC. | ) | Honorable John H. Squires |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | Chapter 11 |

## MOTION OF DEBTOR, ISCO INTERNATIONAL, INC., FOR ENTRY OF FINAL DECREE TO CLOSE CHAPTER 11 CASE

Now Comes the Debtor and Debtor-in-Possession, ISCO International Inc. ("Debtor"), by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in support thereof states as follows:

1. That on July 14, 2009, the Debtor filed a voluntary petition pursuant to Chapter 11 of Title 11, United States Code.

2. That on December 22, 2009, this Honorable Court entered an order confirming the Debtor's first amended Chapter 11 plan of reorganization.

3. That the confirmed plan provided for a secured debt for equity swap exchanging the debt of the secured creditors for equity in the reorganized Debtor.

4. That in addition to the foregoing, the confirmed plan called for a distribution to creditors, on a pro rata basis, of the total sum of $25,000.00.

5. That the Debtor has made distributions to the unsecured creditors and has otherwise consummated the confirmed Chapter 11 plan.

6. That there are no remaining contested matters pending before this Court and the Debtor requests the Court enter the final decree.

7. That the Debtor requests that notice to all creditors be waived inasmuch as the creditors are not impacted by the instant motion.

WHEREFORE, the Debtor, ISCO International, Inc. prays the Honorable Court enter a final decree closing the Chapter 11 case and for such other and further relief as the Court may deem just and proper.

          Respectfully submitted,

          ISCO International Inc., Debtor
and Debtor-in-Possession

          By: ___Joel A. Schechter___
              Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL  60604; (312) 332-0267