UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                          )    Case No. 09-25416
                                                )
ISCO INTERNATIONAL, INC.                        )    Honorable John H. Squires
                                                )
    Debtor and Debtor-in-Possession.            )    Chapter 11

### FINAL DECREE CLOSING CHAPTER 11 CASE

At Chicago, Illinois, this 30th day of March, 2010, before the Honorable John H. Squires, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the motion of the Debtor, ISCO International, Inc. to enter the final decree closing the Chapter 11 case pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure; notice having been served upon parties who have appeared before this Court; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE it is hereby ordered that the final decree closing the Chapter 11 case be, and hereby is, entered.

IT IS FURTHER ORDERED that notice to all creditors of the instant motion be, and hereby is, waived for good cause shown.

ENTER:

MAR 30 2010

Bankruptcy Judge

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL  60604; (312) 332-0267